UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B. PARLIN,<br><br>        Plaintiff,<br>vs.<br>S. SODHI, et al.,<br><br>        Defendants. | Case No. CV 10-6120 VBF (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered granting the motion to dismiss the First Amended Complaint against defendants Majid Rahimifar and Mukesh Misra without prejudice.

DATE: 12-21-11

_____

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE