1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11
12

B. PARLIN,                          ) Case No. CV 10-6120 VBF (MRW)
                                    )
13                    Plaintiff,    )
                                    )
14           vs.                    ) JUDGMENT
                                    )
15  S. SODHI, et al.,               )
                                    )
16                    Defendants.   )
                                    )
17  _____ )

18

        Pursuant to the Order Accepting Findings and Recommendations of the

19

United States Magistrate Judge,

20

        IT IS ADJUDGED that the action is dismissed against Majid Rahimifar and

21

Mukesh Misra without prejudice.

22
23  DATE:  12-21-11                  _____

24                                   HON. VALERIE BAKER FAIRBANK
                                     UNITED STATES DISTRICT JUDGE
25
26
27
28