# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD PARLIN, | ) Case No. CV 10-6120 VBF (MRW) |
|         Plaintiff, | ) |
|   vs. | ) JUDGMENT |
| S. SODHI, et al., | ) |
|         Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered in favor of Defendants and the action is dismissed with prejudice.

DATE: November 5, 2012

_____
HON. VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE